UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WAYNE NELSON CUNDAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DEPARTMENT OF SOCIAL AND HEALTH SERVICES OF WASHINGTON STATE,<br><br>　　　　　Defendant. | No. CV-07-0349-FVS<br><br>ORDER OF DISMISSAL |

　　On September 29, 2008, this Court Ordered Plaintiff to show cause why this matter should not be dismissed for failure to prosecute. (Ct. Rec. 9).  On October 8, 2008, mail sent to Plaintiff at the address he provided to the Court was returned and marked as "Return to Sender."  (Ct. Rec. 10).  A review of the file shows that there has been no response to the Court's Order to Show Cause and, as previously noted by the Court, there has been no activity in this case since December 14, 2007.  Now, therefore,

　　**IT IS HEREBY ORDERED** that this matter is dismissed, without prejudice, for failure to prosecute.

　　**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish a copy to Plaintiff, and **CLOSE THE FILE**.

　　**DATED** this ___20th___ day of October, 2008.

　　　　　　　　　　　　　　S/Fred Van Sickle
　　　　　　　　　　　　　　Fred Van Sickle
　　　　　　　　　　　Senior United States District Judge

ORDER OF DISMISSAL - 1